# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 10/03/2022 |
| Case: 22–02597–MM7 | Form ID: 309A | Total: 40 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jacob Nicholas Rodriguez | 866 Danenberg Dr | El Centro, CA 92243 |
| tr | Leslie T. Gladstone | 5656 La Jolla Blvd., | La Jolla, CA 92037 |
| smg | United States Trustee | Office of the U.S. Trustee   880 Front Street   Suite 3230   San Diego, CA 92101 | |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E   P.O. Box 826880   Sacramento, CA 94280 | |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210 | San Diego, CA 92108 |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29   P.O. Box 942879   Sacramento, CA 94279–0029 | |
| smg | Franchise Tax Board   Attn: Bankruptcy | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| ust | United States Trustee | Office of the U.S. Trustee   880 Front Street   Suite 3230   San Diego, CA 92101 | |
| ust | Office of the U.S. Trustee for Region 17 | 501 I Street, Suite 7–500 | Sacramento, CA 95814 |
| ust | Office of the U.S. Trustee for Region 17 | 501 I Street, Suite 7–500 | Sacramento, CA 95814 |
| 14971740 | AFFIRM INC   650 CALIFORNIA ST   FL 12 | SAN FRANCISCO, CA 94108 | |
| 14971741 | AFFIRM INC   650 CALIFORNIA ST   FL 12 | SAN FRANCISCO, CA 94108 | |
| 14971742 | AFFIRM INC   650 CALIFORNIA ST   FL 12 | SAN FRANCISCO, CA 94108 | |
| 14971743 | ALLY BANK   P.O. BOX 70377 | PHILADELPHIA, PA 19176–0377 | |
| 14971744 | CAPITAL ONE   PO BOX 85520 | RICHMOND, VA 23285 | |
| 14971745 | CAPITAL ONE   PO BOX 85520 | RICHMOND, VA 23285 | |
| 14971747 | CBW BANK   5301 KIETZKE LANE | RENO, NV 89511 | |
| 14971748 | CBW BANK   5301 KIETZKE LANE | RENO, NV 89511 | |
| 14971756 | CHECK 'N GO   7755 MONTGOMERY ROAD | CINCINNATI, OH 45236 | |
| 14971757 | CHECK 'N GO   7755 MONTGOMERY ROAD | CINCINNATI, OH 45236 | |
| 14971746 | CITIBANK, N.A.   50 NW POINT BLVD | ELK GROVE VILLAGE, IL 60007 | |
| 14971739 | CITY OF SANTA MONICA   PO BOX 515214 | LOS ANGELES, CA 90051–6514 | |
| 14971749 | CREDIT ONE BANK NA   PO BOX 98875 | LAS VEGAS, NV 89193 | |
| 14971737 | D.D.S. COLLISION   7501 SOUTH WESTERN AVENUE | LOS ANGELES, CA 90047 | |
| 14971750 | DISCOVER BANK   PO BOX 15316 | WILMINGTON, DE 19850 | |
| 14971752 | JPMORGAN CHASE BANK   PO BOX 15298 | WILMINGTON , DE 19850 | |
| 14971751 | JPMorgan Chase Bank   PO BOX 15298 | WILMINGTON, DE 19850 | |
| 14971762 | LDC COLLECTION SYSTEMS   PO BOX 515213 | LOS ANGELES, CA 90051–6513 | |
| 14971738 | LIEN SALE SERVICE   PO BOX 9334 | NORTH HOLLYWOOD, CA 91609 | |
| 14971753 | MACYS/CITIBANK NA   9111 DUKE BLVD | MASON, OH 45040 | |
| 14971754 | NET PAY ADVANCE, INC   6820 WEST CENTRAL AVENUE | WICHITA, KS 67212 | |
| 14971755 | SEZZLE   PO BOX 3320   MINNEAPOLIS, MN 55403 | | |
| 14971764 | TRUEACCORD   16011 COLLEGE BLVD | LENEXA , KS 66219 | |
| 14971763 | TRUEACCORD   16011 COLLEGE BLVD | LENEXA, KS 66219 | |
| 14971758 | ULINE   PO BOX 88741   CHICAGO, IL 60680–1741 | | |
| 14971765 | UPLIFT, INC.   440 NORTH WOLFE ROAD | SUNNYVALE, CA 94085 | |
| 14971766 | UPLIFT, INC.   440 NORTH WOLFE ROAD | SUNNYVALE, CA 94085 | |
| 14971759 | WEBBANK/DFS   12234 N IH 35 SB   BLDG B | AUSTIN, TX 78753 | |
| 14971761 | WELLS FARGO BANK, N.A.   101 EXECUTIVE CTR DR   SUITE 201   COLUMBIA , SC 29210 | | |
| 14971760 | WELLS FARGO BANK, N.A.   101 EXECUTIVE CTR DR   SUITE 201   COLUMBIA, SC 29210 | | |

TOTAL: 40