# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 10/03/2022 |
| Case: 22–02597–MM7 | Form ID: zoom341 | Total: 40 |

**Recipients of Notice of Electronic Filing:**
tr　　　Leslie T. Gladstone　　　candic@flgsd.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Jacob Nicholas Rodriguez　　　866 Danenberg Dr　　　El Centro, CA 92243
smg　　　United States Trustee　　　Office of the U.S. Trustee　　　880 Front Street　　　Suite 3230　　　San Diego, CA 92101
smg　　　Employment Develop. Dept., State of CA　　　Bankruptcy Unit – MIC 92E　　　P.O. Box 826880　　　Sacramento, CA 94280
smg　　　Div. of Labor Standards Enforcement　　　7575 Metropolitan Drive, Suite 210　　　San Diego, CA 92108
smg　　　California Department of Tax and Fee Administration　　　Account Information Group, MIC:29　　　P.O. Box 942879　　　Sacramento, CA 94279–0029
smg　　　Franchise Tax Board　　　Attn: Bankruptcy　　　P.O. Box 2952　　　Sacramento, CA 95812–2952
ust　　　United States Trustee　　　Office of the U.S. Trustee　　　880 Front Street　　　Suite 3230　　　San Diego, CA 92101
ust　　　Office of the U.S. Trustee for Region 17　　　501 I Street, Suite 7–500　　　Sacramento, CA 95814
ust　　　Office of the U.S. Trustee for Region 17　　　501 I Street, Suite 7–500　　　Sacramento, CA 95814
14971740　　　AFFIRM INC　　　650 CALIFORNIA ST　　　FL 12　　　SAN FRANCISCO, CA 94108
14971741　　　AFFIRM INC　　　650 CALIFORNIA ST　　　FL 12　　　SAN FRANCISCO, CA 94108
14971742　　　AFFIRM INC　　　650 CALIFORNIA ST　　　FL 12　　　SAN FRANCISCO, CA 94108
14971743　　　ALLY BANK　　　P.O. BOX 70377　　　PHILADELPHIA, PA 19176–0377
14971744　　　CAPITAL ONE　　　PO BOX 85520　　　RICHMOND, VA 23285
14971745　　　CAPITAL ONE　　　PO BOX 85520　　　RICHMOND, VA 23285
14971747　　　CBW BANK　　　5301 KIETZKE LANE　　　RENO, NV 89511
14971748　　　CBW BANK　　　5301 KIETZKE LANE　　　RENO, NV 89511
14971756　　　CHECK 'N GO　　　7755 MONTGOMERY ROAD　　　CINCINNATI, OH 45236
14971757　　　CHECK 'N GO　　　7755 MONTGOMERY ROAD　　　CINCINNATI, OH 45236
14971746　　　CITIBANK, N.A.　　　50 NW POINT BLVD　　　ELK GROVE VILLAGE, IL 60007
14971739　　　CITY OF SANTA MONICA　　　PO BOX 515214　　　LOS ANGELES, CA 90051–6514
14971749　　　CREDIT ONE BANK NA　　　PO BOX 98875　　　LAS VEGAS, NV 89193
14971737　　　D.D.S. COLLISION　　　7501 SOUTH WESTERN AVENUE　　　LOS ANGELES, CA 90047
14971750　　　DISCOVER BANK　　　PO BOX 15316　　　WILMINGTON, DE 19850
14971752　　　JPMORGAN CHASE BANK　　　PO BOX 15298　　　WILMINGTON , DE 19850
14971751　　　JPMorgan Chase Bank　　　PO BOX 15298　　　WILMINGTON, DE 19850
14971762　　　LDC COLLECTION SYSTEMS　　　PO BOX 515213　　　LOS ANGELES, CA 90051–6513
14971738　　　LIEN SALE SERVICE　　　PO BOX 9334　　　NORTH HOLLYWOOD, CA 91609
14971753　　　MACYS/CITIBANK NA　　　9111 DUKE BLVD　　　MASON, OH 45040
14971754　　　NET PAY ADVANCE, INC　　　6820 WEST CENTRAL AVENUE　　　WICHITA, KS 67212
14971755　　　SEZZLE　　　PO BOX 3320　　　MINNEAPOLIS, MN 55403
14971764　　　TRUEACCORD　　　16011 COLLEGE BLVD　　　LENEXA , KS 66219
14971763　　　TRUEACCORD　　　16011 COLLEGE BLVD　　　LENEXA, KS 66219
14971758　　　ULINE　　　PO BOX 88741　　　CHICAGO, IL 60680–1741
14971765　　　UPLIFT, INC.　　　440 NORTH WOLFE ROAD　　　SUNNYVALE, CA 94085
14971766　　　UPLIFT, INC.　　　440 NORTH WOLFE ROAD　　　SUNNYVALE, CA 94085
14971759　　　WEBBANK/DFS　　　12234 N IH 35 SB　　　BLDG B　　　AUSTIN, TX 78753
14971761　　　WELLS FARGO BANK, N.A.　　　101 EXECUTIVE CTR DR　　　SUITE 201　　　COLUMBIA , SC 29210
14971760　　　WELLS FARGO BANK, N.A.　　　101 EXECUTIVE CTR DR　　　SUITE 201　　　COLUMBIA, SC 29210

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 39