CSD 1020 [12/01/15]
Name, Address, Telephone No. & I.D. No.

JACOB NICHOLAS RODRIGUEZ
866 Danenberg Dr
El Centro, CA 92243
(442) 236-0443

FILED
2022 OCT -3 PM 4:42
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

JACOB NICHOLAS RODRIGUEZ

BANKRUPTCY NO. 22-02597

Debtor.

## APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED

**Part A. Family Size and Income**

1.

| What is the size of your family? Your family includes you, your spouse, and any dependents listed on Schedule J: Your Expenses (Official Form 106J) | Check all that apply: [✓] You   [ ] Your spouse   [ ] Your dependents | How many dependents: 0 | Total number of people: 1 |
|---|---|---|---|

2.

| Fill in your family's average monthly income. Include your spouse's income if your spouse is living with you, even if your spouse is not filing. Do not include your spouse's income if you are separated and your spouse is not filing with you. | Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | You . . . . . . . . . . | $ 80.00 |
| | If you have already filled out Schedule I: Your Income, see line 10 of that schedule. | Your Spouse . . . + | $ |
| | | Subtotal . . . . . . . | $ 80.00 |
| | Subtract any non-cash governmental assistance that you included above. | (minus) _ | $ 0.00 |
| | **Your family's average monthly net income** | Total . . . . . . . . . | $ 80.00 |

CSD 1020

CSD 1020 (Page 2) [12/01/15]

3.

| Do you receive non-cash governmental assistance? | [✔] No | |
|---|---|---|
| | [ ] Yes. Describe | Type of Assistance: |

4.

| Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months? | [✔] No | |
|---|---|---|
| | [ ] Yes. Explain | |

5.

| Tell the court why you are unable to pay the filing fee in installments within 30 days. If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them. | I'M NOT EMPLOYED BY 3RD PARTY ENTITY/BUSINESS; ONLY GIG/SPORATIC INCOME FROM NOTARY PUBLIC SELF-EMPLOYMENT + PAYMENTS VIA GIFT CARD FOR SURVEYS/STUDIES |
|---|---|

**Part B: Monthly Expenses**

6.

| Estimate your average monthly expenses. Include amounts paid by any government assistance that you reported on line 2.<br><br>If you have already filled out *Schedule J, Your Expenses*, copy line 22 from that form. | $ 270.00 |
|---|---|

7.

| Do these expenses cover anyone who is not included in your family as reported in line 1? | [✔] No | |
|---|---|---|
| | [ ] Yes. Identify who | |

8.

| Does anyone other than you regularly pay any of these expenses? If you have already filled out *Schedule I: Your Income*, copy the total from line 11. | [ ] No | |
|---|---|---|
| | [✔] Yes. How much do you regularly receive as contributions? | $ 750.00    monthly |

CSD 1020

CSD 1020 (Page 3) [12/01/15]

9.

| Do you expect your family's average monthly expenses to increase or decrease by more than 10% during the next 6 months? | [✓] No | |
| | [ ] Yes. Explain | |

## Part C. Real and Personal Property

EITHER (1) attach a completed copy of *Schedule A/B: Property (Official Form 106A/B)* OR (2) if you have not yet completed this schedule, answer the following questions:

10.

| **How much cash do you have?** *Examples:* Money you have in your wallet, in your home, and on hand when you file this application. | Cash: $ *See attached* |

11.

| **Bank accounts and other deposits of money?** *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) or IRA accounts. | | Institution name: | Amount: |
|---|---|---|---|
| | Checking account: | SEE ATTACHED | $ *See attached* |
| | Savings account: | SEE ATTACHED | $ *See attached* |
| | Other financial accounts: | | $ |
| | Other financial accounts: | | $ |

12.

| **Your home?** (if you own it outright or are purchasing it) *Examples:* House, condominium, manufactured home, or mobile home | Number   Street _____ City         State    ZIP Code | Current value: | $ N/A |
| | | Amount you owe on mortgage and liens: | $ |

CSD 1020

CSD 1020 (Page 4) [12/01/15]

**13.**

| Other real estate? | Number  Street | Current value: | $ N/A |
| --- | --- | --- | --- |
| | City      State      ZIP Code | Amount you owe on mortgage and liens: | $ |

**14.**

| The vehicles you own?  *Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats | Make: _____  Model: _____  Year: _____  Mileage: _____ | Current value:  Amount you owe on liens: | $ N/A  $ _____ |
| --- | --- | --- | --- |
| | Make: _____  Model: _____  Year: _____  Mileage: _____ | Current value:  Amount you owe on liens: | $ _____  $ _____ |

**15.**

| Other assets?  Do not include household items and clothing. | Describe the other assets: | Current value:  Amount you owe on liens: | $ _____  $ _____ |
| --- | --- | --- | --- |

**16.**

| Money or property due you?  *Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery | Who owes you the money or property? Enter the names in the below boxes. | How much is owed? | Do you believe you will likely receive payment in the next 180 days? |
| --- | --- | --- | --- |
| | See attached | $ See attached | [ ] No  [ ] Yes. Explain in the box below |
| | | $ _____ | |

CSD 1020

CSD 1020 (Page 5) [12/01/15]

**Part D. Additional Information**

17.

| Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules? | [✔] No<br>[ ] Yes | **Whom did you pay?** Check all that apply:<br><br>[ ] An attorney<br>[ ] A bankruptcy petition preparer, paralegal, or typing service<br>[ ] Someone else: _____ | How much did you pay?<br><br>$ _____ |
|---|---|---|---|

18.

| Have you promised to pay or do you expect to pay someone for services for your bankruptcy case? | [✔] No<br>[ ] Yes | **Whom did you expect to pay?** Check all that apply:<br><br>[ ] An attorney<br>[ ] A bankruptcy petition preparer, paralegal, or typing service<br>[ ] Someone else: _____ | How much do you expect to pay?<br><br>$ _____ |
|---|---|---|---|

19.

| Has anyone paid someone on your behalf for services for this case? | [✔] No<br>[ ] Yes **Who was paid on your behalf?** Check all that apply:<br><br>[ ] An attorney<br>[ ] A bankruptcy petition preparer, paralegal, or typing service<br>[ ] Someone else: _____ | **Who paid?** Check all that apply:<br><br>[ ] Parent<br>[ ] Brother or sister<br>[ ] Friend<br>[ ] Pastor or clergy<br>[ ] Someone else: _____ | How much did someone else pay?<br><br>$ _____ |
|---|---|---|---|

20.

| Have you filed for bankruptcy within the last 8 years? | [✔] No | | |
|---|---|---|---|
| | [ ] Yes | | |
| | District: | When: _____<br>MM/DD/YYYY | Case Number:<br>_____ |
| | District: | When: _____<br>MM/DD/YYYY | Case Number:<br>_____ |
| | District: | When: _____<br>MM/DD/YYYY | Case Number:<br>_____ |

CSD 1020

CSD 1020 (Page 6) [12/01/15]

**Part E.  Sign Below**

I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Dated:  9/30/2022

Signed: _____
Signature of Debtor

Dated: 

Signed:_____
Signature of Co-debtor

*If this document is prepared by a **Non-Attorney Bankruptcy Petition Preparer**, the form 119, Bankruptcy Petition Preparer's Notice, Declaration, and Signature, must be completed and submitted with this Application*

CSD 1020