Certificate Number: 14912-CAS-DE-036880147

Bankruptcy Case Number: 22-02597



14912-CAS-DE-036880147

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2022, at 1:06 o'clock AM EDT, Jacob Rodriguez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date:   October 5, 2022                              By:     /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor