zoom341 [06/30/20]

# OFFICE OF THE UNITED STATES TRUSTEE'S

# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

Because of the ongoing issues with the COVID−19 virus, §341 Meetings of Creditors ("Meeting"), will continue to be conducted remotely using either Teleconference or Zoom video/audio conference platforms.

Meetings Noticed for Teleconference

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one case will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

Meetings Noticed for Zoom video/ audio

(1) You may use a computer, lap−top, tablet, smart phone, or landline to participate.

(2) <u>Video preferred.</u>. The video meeting can be joined using any device that has a camera. If no camera is available, the meeting can be joined by audio only using a cell phone or landline.

(3) To join the video meeting, visit Zoom.us and click Join Meeting, enter the Meeting ID Number and Passcode when prompted.

(4) To join the Meeting using audio only, dial the call−in number and enter the Meeting ID Number and Passcode when prompted.

(5) Upon joining the Meeting, you will be in a virtual waiting room. Please be patient. The Trustee will admit you to the Meeting room at the appropriate time. Please check your video and audio connections while in the waiting room.

(6) When your Meeting is finished, you may leave the Meeting room.

Bankruptcy Documents:

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

No Recording:

The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited.

zoom341

United States Bankruptcy Court
Southern District of California

In re:                                                                                       Case No. 22-02597-MM
Jacob Nicholas Rodriguez                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                    User: Admin.                    Page 1 of 2
Date Rcvd: Oct 03, 2022            Form ID: zoom341              Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob Nicholas Rodriguez, 866 Danenberg Dr, El Centro, CA 92243-8500 |
| 14971743 | | ALLY BANK, P.O. BOX 70377, PHILADELPHIA, PA 19176-0377 |
| 14971747 | + | CBW BANK, 5301 KIETZKE LANE, RENO, NV 89511-2083 |
| 14971739 | | CITY OF SANTA MONICA, PO BOX 515214, LOS ANGELES, CA 90051-6514 |
| 14971737 | + | D.D.S. COLLISION, 7501 SOUTH WESTERN AVENUE, LOS ANGELES, CA 90047-2430 |
| 14971762 | | LDC COLLECTION SYSTEMS, PO BOX 515213, LOS ANGELES, CA 90051-6513 |
| 14971738 | + | LIEN SALE SERVICE, PO BOX 9334, NORTH HOLLYWOOD, CA 91609-1334 |
| 14971753 | + | MACYS/CITIBANK NA, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 14971765 | + | UPLIFT, INC., 440 NORTH WOLFE ROAD, SUNNYVALE, CA 94085-3869 |
| 14971760 | + | WELLS FARGO BANK, N.A., 101 EXECUTIVE CTR DR, SUITE 201, COLUMBIA, SC 29210-8411 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: USCBNotices@cdtfa.ca.gov | Oct 04 2022 00:03:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Oct 03 2022 23:59:21 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | Email/Text: itcdbg@edd.ca.gov | Oct 04 2022 00:02:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 04 2022 00:03:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Oct 04 2022 00:02:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Oct 04 2022 00:02:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| 14971740 | + | Email/Text: backoffice@affirm.com | Oct 04 2022 00:03:00 | AFFIRM INC, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 14971744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2022 00:03:33 | CAPITAL ONE, PO BOX 85520, RICHMOND, VA 23285 |
| 14971756 | + | Email/Text: bankruptcy@axcess-financial.com | Oct 04 2022 00:02:00 | CHECK 'N GO, 7755 MONTGOMERY ROAD, CINCINNATI, OH 45236-4197 |
| 14971746 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2022 00:03:47 | CITIBANK, N.A., 50 NW POINT BLVD, ELK GROVE VILLAGE, IL 60007 |

District/off: 0974-3 | User: Admin. | Page 2 of 2
Date Rcvd: Oct 03, 2022 | Form ID: zoom341 | Total Noticed: 28

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14971749 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2022 00:03:46 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 14971750 | | Email/Text: mrdiscen@discover.com | Oct 04 2022 00:02:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850 |
| 14971751 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2022 00:03:34 | JPMorgan Chase Bank, PO BOX 15298, WILMINGTON, DE 19850 |
| 14971754 | + | Email/Text: customerservice@netpayadvance.com | Oct 04 2022 00:02:00 | NET PAY ADVANCE, INC, 6820 WEST CENTRAL AVENUE, WICHITA, KS 67212-3377 |
| 14971755 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 04 2022 00:02:00 | SEZZLE, PO BOX 3320, MINNEAPOLIS, MN 55403 |
| 14971763 | + | Email/Text: accountservicing@trueaccord.com | Oct 04 2022 00:02:00 | TRUEACCORD, 16011 COLLEGE BLVD, LENEXA, KS 66219-9877 |
| 14971758 | | Email/Text: accounts.receivable@uline.com | Oct 04 2022 00:02:00 | ULINE, PO BOX 88741, CHICAGO, IL 60680-1741 |
| 14971759 | + | Email/PDF: DellBKNotifications@resurgent.com | Oct 04 2022 00:03:41 | WEBBANK/DFS, 12234 N IH 35 SB, BLDG B, AUSTIN, TX 78753-1744 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | *+ | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14971741 | *+ | AFFIRM INC, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 14971742 | *+ | AFFIRM INC, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 14971745 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, PO BOX 85520, RICHMOND, VA 23285 |
| 14971748 | *+ | CBW BANK, 5301 KIETZKE LANE, RENO, NV 89511-2083 |
| 14971757 | *+ | CHECK 'N GO, 7755 MONTGOMERY ROAD, CINCINNATI, OH 45236-4197 |
| 14971752 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMORGAN CHASE BANK, PO BOX 15298, WILMINGTON , DE 19850 |
| 14971764 | *+ | TRUEACCORD, 16011 COLLEGE BLVD, LENEXA , KS 66219-9877 |
| 14971766 | *+ | UPLIFT, INC., 440 NORTH WOLFE ROAD, SUNNYVALE, CA 94085-3869 |
| 14971761 | *+ | WELLS FARGO BANK, N.A., 101 EXECUTIVE CTR DR, SUITE 201, COLUMBIA , SC 29210-8411 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:    /s/Gustava Winters