CSD 1021 [12/01/2020]
Name, Address, Telephone No. & I.D. No.

Order Entered on
October 11, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Jacob Nicholas Rodriguez

Debtor.

BANKRUPTCY NO. 22-02597-MM7

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER
## OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's application, the court orders that the application be:

[X]   GRANTED.  This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver is unwarranted.

[ ]   DENIED.

IT IS FURTHER ORDERED THAT the debtor shall pay the fee in not more than two installment payments according to the following terms:

  a)   Within 10 days of entry of this order, pay to the Clerk $ 169.00 and

  b)   Not more than 30 days from entry of this order, pay to the Clerk the balance of $ 169.00.

Until the filing fee is paid in full, the debtor will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.  IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ]   DENIED.  The debtor shall pay the full filing fee within 7 days of entry of this order or the Court may dismiss the Debtor's Chapter 7 Case.

DATED:   October 10, 2022

_____
Judge, United States Bankruptcy Court

Form of payment: Please do not mail cash.  Money orders or certified checks only; personal checks of the debtor will not be accepted.
CSD 1021