# Notice Recipients

District/Off: 0974–3 | User: Admin. | Date Created: 10/11/2022
Case: 22–02597–MM7 | Form ID: pdfO3 | Total: 5

**Recipients of Notice of Electronic Filing:**
tr      Leslie T. Gladstone      candic@flgsd.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jacob Nicholas Rodriguez      866 Danenberg Dr      El Centro, CA 92243
ust      United States Trustee      Office of the U.S. Trustee      880 Front Street      Suite 3230      San Diego, CA 92101
ust      Office of the U.S. Trustee for Region 17      501 I Street, Suite 7–500      Sacramento, CA 95814
ust      Office of the U.S. Trustee for Region 17      501 I Street, Suite 7–500      Sacramento, CA 95814

TOTAL: 4