CSD 1021 [12/01/2020]
Name, Address, Telephone No. & I.D. No.

Order Entered on
October 11, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Jacob Nicholas Rodriguez

Debtor.

BANKRUPTCY NO. 22-02597-MM7

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER
## OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's application, the court orders that the application be:

[X] GRANTED. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver is unwarranted.

[ ] DENIED.

IT IS FURTHER ORDERED THAT the debtor shall pay the fee in not more than two installment payments according to the following terms:

　　a)　Within 10 days of entry of this order, pay to the Clerk $ 169.00 and

　　b)　Not more than 30 days from entry of this order, pay to the Clerk the balance of $ 169.00.

Until the filing fee is paid in full, the debtor will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] DENIED. The debtor shall pay the full filing fee within 7 days of entry of this order or the Court may dismiss the Debtor's Chapter 7 Case.

DATED: October 10, 2022

_Margaret M. Mann_
Judge, United States Bankruptcy Court

Form of payment: Please do not mail cash. Money orders or certified checks only; personal checks of the debtor will not be accepted.
CSD 1021

United States Bankruptcy Court
Southern District of California

In re:  Case No. 22-02597-MM
Jacob Nicholas Rodriguez  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3  User: Admin.  Page 1 of 2
Date Rcvd: Oct 11, 2022  Form ID: pdfO3  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob Nicholas Rodriguez, 866 Danenberg Dr, El Centro, CA 92243-8500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Oct 12 2022 07:07:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Oct 12 2022 07:07:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leslie T. Gladstone | candic@flgsd.com  christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;marcies@flgsd.com |

District/off: 0974-3 User: Admin. Page 2 of 2
Date Rcvd: Oct 11, 2022 Form ID: pdfO3 Total Noticed: 3
TOTAL: 1