CSD 1100 [12/01/2020] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

JACOB NICHOLAS RODRIGUEZ
866 Danenberg Dr
El Centro, CA 92243
(442) 236-0443

ENTERED _____
FILED
OCT 20 2022
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

In Re

JACOB NICHOLAS RODRIGUEZ

BANKRUPTCY NO. 22-02597-MM7

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☑ Schedule of Real and/or Personal Property
- ☑ Schedule of Property Claimed Exempt for Individuals
- ☐ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $32.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☑ Other: Declaration About an Individual Debtor's Schedules

Dated: _____    Signature _____ N/A: PRO SE _____
Attorney for Debtor

CSD 1100

el 2597 Amd 9pg

CSD 1100 (Page 2 of 3) [12/01/2020]

## DECLARATION OF DEBTOR

I [We] __Jacob Nicholas Rodriguez__ and __N/A__, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 10/17/2022

_____   __N/A__
*Debtor                                              *Joint Debtor

* If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
    1. Before each entry, specify the purpose of the amendment by inserting:
        a. "ADDED," if the information was missing from the previous document filed; or
        b. "CORRECTED," if the information modifies previously listed information; or
        c. "DELETED," if previously listed information is to be removed.
    2. At the bottom of each page, insert the word "AMENDED."
    3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below by the mode of service shown below:

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __10/17/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☑  Chapter 7 Trustee: LESLIE T. GLADSTONE  candic@flgsd.com;ltg@trustesolutions.net

    ☑  For Chpt. 7, 11, & 12 cases:   ☐ For ODD numbered Chapter 13 cases:   ☐ For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE                        THOMAS H. BILLINGSLEA, JR., TRUSTEE         DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov                         Billingslea@thb.coxatwork.com                          admin@ch13.sdcoxmail.com
                                                                                                                                        dskelton13@ecf.epiqsystems.com

CSD 1100

CSD 1100 (Page 3 of 3) [12/01/2020]

2. **Served by United States Mail:**

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on 10/17/2022
(Date)

Jacob Nicholas Rodriguez
(Typed Name and Signature)

866 Danenberg Dr
(Address)

El Centro, CA 92243
(City, State, ZIP Code)

CSD 1100

Fill in this information to identify your case:

Debtor 1    JACOB    NICHOLAS    RODRIGUEZ
            First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing) _____
            First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Southern District of California

Case number  22-02597-MM7         (ADDED)
(If known)

☒ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B .................................................... $ _____
   
   **(CORRECTED)**
   1b. Copy line 62, Total personal property, from Schedule A/B ........................................ $ 22075.00
   
   **(CORRECTED)**
   1c. Copy line 63, Total of all property on Schedule A/B .................................................. $ 22075.00

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D ........  $ _____

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F .........................  $ _____
   
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F ................... + $ _____

   **Your total liabilities**  $ _____

### Part 3:  Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I ..............................................................  $ _____

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J ..............................................................  $ _____

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information  (AMENDED)  page 1 of 2

| Debtor 1 | JACOB | NICHOLAS | RODRIGUEZ | (ADDED) Case number (if known) | 22-02597-MM7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | $ _____ |
| Maintenance: | $ _____ |
| Support: | $ _____ |
| Divorce Settlement: | $ _____ |
| Property Settlement: | $ _____ |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☐ Yes. Give specific information. ........            $ _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☐ Yes. Name the insurance company of each policy and list its value. ....

Company name: _____    Beneficiary: _____    $ _____

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☐ Yes. Give specific information. ........            $ _____

**(CORRECTED)**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Give specific information. ........   (1) Personal injury/breach of contract right to sue against Jonathan Daniel Nowell (Demand for payment made after original BK filing, case not yet filed, Small Claims therefore limited to up to $9,999) (2) Personal injury/fraud/CA Vehicle Code/Los Angeles County Ordinance violations rights to sue against DDS Collision and unknown parties approx. $5000 potential damages (not yet filed, no demand made yet)            $ 14999.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☐ Yes. Give specific information. ........            $ _____

**35. Any financial assets you did not already list**

☐ No
☐ Yes. Give specific information. ........            $ _____

---

Official Form 106A/B            Schedule A/B: Property            **(AMENDED)**            page 7

| Debtor 1 | JACOB | NICHOLAS | RODRIGUEZ | (ADDED) Case number (*if known*) | 22-02597-MM7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**(CORRECTED)**

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ......................................................................................................................➔   $ _____15405.00_____

| Debtor 1 | JACOB | NICHOLAS | RODRIGUEZ | (ADDED) Case number (*if known*) | 22-02597-MM7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☐ Yes. Give specific information ..........

    _____   $ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................... →   $ _____

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............................................................................................. →   $ _____

56. Part 2: Total vehicles, line 5                                       $ _____

57. Part 3: Total personal and household items, line 15           $ _____

(CORRECTED)
58. Part 4: Total financial assets, line 36                            $     15405.00

59. Part 5: Total business-related property, line 45                 $ _____

60. Part 6: Total farm- and fishing-related property, line 52       $ _____

61. Part 7: Total other property not listed, line 54                 +$ _____

(CORRECTED)
62. Total personal property. Add lines 56 through 61. ...........   $     22075.00   Copy personal property total → +$   22075.00

(CORRECTED)
63. Total of all property on Schedule A/B. Add line 55 + line 62. ..........................................................   $   22075.00

| Debtor 1 | JACOB | NICHOLAS | RODRIGUEZ | | (ADDED) Case number (*if known*) 22-02597-MM7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **(CORRECTED)** Brief description: (1) Personal injury/breach of contract right to sue against Jonathan Daniel Nowell (Demand for payment made after original BK filing, case not yet filed, Small Claims therefore limited to up to $9,999) (2) Personal injury/fraud/CA Vehicle Code/Los Angeles County Ordinance violations rights to sue against DDS Collision and unknown parties approx. $5000 potential damages (not yet filed, no demand made yet) <br> Line from *Schedule A/B*: 33 | **(CORRECTED)** $ 14999.00 | **(CORRECTED)** [✓] $ 14999.00 <br> [ ] 100% of fair market value, up to any applicable statutory limit | **(CORRECTED)** Cal. Civ. Proc. Code §704.140; Cal. Civ. Proc. Code § 703.140 (b)(5); Cal. Civ. Proc. Code § 703.140 (b)(1) |
| Brief description: <br> Line from *Schedule A/B*: 39 | $ _____ | **(CORRECTED)** [ ] $ _____ <br> [ ] 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(6); Cal. Civ. Proc. Code § 703.140 (b)(5); Cal. Civ. Proc. Code § 703.140 (b)(1) |
| Brief description: <br> Line from *Schedule A/B*: 40 | $ _____ | **(CORRECTED)** [ ] $ _____ <br> [ ] 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(6); Cal. Civ. Proc. Code § 703.140 (b)(5); Cal. Civ. Proc. Code § 703.140 (b)(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   [ ] No
   [ ] Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      [ ] No
      [ ] Yes

Fill in this information to identify your case:

Debtor 1: JACOB NICHOLAS RODRIGUEZ
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of California

Case number (If known): 22-02597-MM7    (ADDED)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Jacob Rodriguez            X _____
Signature of Debtor 1              Signature of Debtor 2

Date 10/17/2022                    Date _____
     MM / DD / YYYY                     MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules    (AMENDED)