# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: admin | Date Created: 01/04/2023 |
| Case: 22–02597–MM7 | Form ID: 318 | Total: 40 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jacob Nicholas Rodriguez | 866 Danenberg Dr | El Centro, CA 92243 |
| tr | Leslie T. Gladstone | 5656 La Jolla Blvd., | La Jolla, CA 92037 |
| smg | United States Trustee | Office of the U.S. Trustee   880 Front Street   Suite 3230   San Diego, CA 92101 | |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E   P.O. Box 826880   Sacramento, CA 94280 | |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210 | San Diego, CA 92108 |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29   P.O. Box 942879   Sacramento, CA 94279–0029 | |
| smg | Franchise Tax Board | Attn: Bankruptcy   P.O. Box 2952 | Sacramento, CA 95812–2952 |
| ust | United States Trustee | Office of the U.S. Trustee   880 Front Street   Suite 3230   San Diego, CA 92101 | |
| ust | Office of the U.S. Trustee for Region 17 | 501 I Street, Suite 7–500 | Sacramento, CA 95814 |
| ust | Office of the U.S. Trustee for Region 17 | 501 I Street, Suite 7–500 | Sacramento, CA 95814 |
| 14971740 | AFFIRM INC | 650 CALIFORNIA ST   FL 12 | SAN FRANCISCO, CA 94108 |
| 14971741 | AFFIRM INC | 650 CALIFORNIA ST   FL 12 | SAN FRANCISCO, CA 94108 |
| 14971742 | AFFIRM INC | 650 CALIFORNIA ST   FL 12 | SAN FRANCISCO, CA 94108 |
| 14971743 | ALLY BANK | P.O. BOX 70377 | PHILADELPHIA, PA 19176–0377 |
| 14971744 | CAPITAL ONE | PO BOX 85520 | RICHMOND, VA 23285 |
| 14971745 | CAPITAL ONE | PO BOX 85520 | RICHMOND, VA 23285 |
| 14971747 | CBW BANK | 5301 KIETZKE LANE | RENO, NV 89511 |
| 14971748 | CBW BANK | 5301 KIETZKE LANE | RENO, NV 89511 |
| 14971756 | CHECK 'N GO | 7755 MONTGOMERY ROAD | CINCINNATI, OH 45236 |
| 14971757 | CHECK 'N GO | 7755 MONTGOMERY ROAD | CINCINNATI, OH 45236 |
| 14971746 | CITIBANK, N.A. | 50 NW POINT BLVD | ELK GROVE VILLAGE, IL 60007 |
| 14971739 | CITY OF SANTA MONICA | PO BOX 515214 | LOS ANGELES, CA 90051–6514 |
| 14971749 | CREDIT ONE BANK NA | PO BOX 98875 | LAS VEGAS, NV 89193 |
| 14971737 | D.D.S. COLLISION | 7501 SOUTH WESTERN AVENUE | LOS ANGELES, CA 90047 |
| 14971750 | DISCOVER BANK | PO BOX 15316 | WILMINGTON, DE 19850 |
| 14971752 | JPMORGAN CHASE BANK | PO BOX 15298 | WILMINGTON , DE 19850 |
| 14971751 | JPMorgan Chase Bank | PO BOX 15298 | WILMINGTON, DE 19850 |
| 14971762 | LDC COLLECTION SYSTEMS | PO BOX 515213 | LOS ANGELES, CA 90051–6513 |
| 14971738 | LIEN SALE SERVICE | PO BOX 9334 | NORTH HOLLYWOOD, CA 91609 |
| 14971753 | MACYS/CITIBANK NA | 9111 DUKE BLVD | MASON, OH 45040 |
| 14971754 | NET PAY ADVANCE, INC | 6820 WEST CENTRAL AVENUE | WICHITA, KS 67212 |
| 14971755 | SEZZLE | PO BOX 3320 | MINNEAPOLIS, MN 55403 |
| 14971764 | TRUEACCORD | 16011 COLLEGE BLVD | LENEXA , KS 66219 |
| 14971763 | TRUEACCORD | 16011 COLLEGE BLVD | LENEXA, KS 66219 |
| 14971758 | ULINE | PO BOX 88741 | CHICAGO, IL 60680–1741 |
| 14971765 | UPLIFT, INC. | 440 NORTH WOLFE ROAD | SUNNYVALE, CA 94085 |
| 14971766 | UPLIFT, INC. | 440 NORTH WOLFE ROAD | SUNNYVALE, CA 94085 |
| 14971759 | WEBBANK/DFS | 12234 N IH 35 SB   BLDG B | AUSTIN, TX 78753 |
| 14971761 | WELLS FARGO BANK, N.A. | 101 EXECUTIVE CTR DR   SUITE 201 | COLUMBIA , SC 29210 |
| 14971760 | WELLS FARGO BANK, N.A. | 101 EXECUTIVE CTR DR   SUITE 201 | COLUMBIA, SC 29210 |

TOTAL: 40