**Information to identify the case:**

Debtor 1

Jacob Nicholas Rodriguez

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–4615

EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Southern District of California

Case number:    22–02597–MM7

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacob Nicholas Rodriguez
dba Jacob The Mobile Notary Public, dba
De Jure Media LLC

1/4/23

**By order of the court:**    Michael Williams
Clerk of the Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
Southern District of California

In re:                                                                                          Case No. 22-02597-MM

Jacob Nicholas Rodriguez                                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: admin                                   Page 1 of 3
Date Rcvd: Jan 05, 2023                       Form ID: 318                         Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob Nicholas Rodriguez, 866 Danenberg Dr, El Centro, CA 92243-8500 |
| 14971743 | | ALLY BANK, P.O. BOX 70377, PHILADELPHIA, PA 19176-0377 |
| 14971747 | + | CBW BANK, 5301 KIETZKE LANE, RENO, NV 89511-2083 |
| 14971739 | | CITY OF SANTA MONICA, PO BOX 515214, LOS ANGELES, CA 90051-6514 |
| 14971737 | + | D.D.S. COLLISION, 7501 SOUTH WESTERN AVENUE, LOS ANGELES, CA 90047-2430 |
| 14971762 | | LDC COLLECTION SYSTEMS, PO BOX 515213, LOS ANGELES, CA 90051-6513 |
| 14971738 | + | LIEN SALE SERVICE, PO BOX 9334, NORTH HOLLYWOOD, CA 91609-1334 |
| 14971753 | + | MACYS/CITIBANK NA, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 14971760 | + | WELLS FARGO BANK, N.A., 101 EXECUTIVE CTR DR, SUITE 201, COLUMBIA, SC 29210-8411 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: FLTGLADSTONE.COM | Jan 06 2023 04:09:00 | Leslie T. Gladstone, 5656 La Jolla Blvd.,, La Jolla, CA 92037 |
| smg | | EDI: CALTAXFEE | Jan 06 2023 04:09:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Jan 05 2023 23:03:48 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | Jan 06 2023 04:09:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 06 2023 04:09:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Jan 05 2023 23:06:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Jan 05 2023 23:06:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| 14971740 | + | Email/Text: backoffice@affirm.com | Jan 05 2023 23:07:00 | AFFIRM INC, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 14971744 | | EDI: CAPITALONE.COM | Jan 06 2023 04:09:00 | CAPITAL ONE, PO BOX 85520, RICHMOND, VA 23285 |
| 14971756 | + | Email/Text: bankruptcy@axcess-financial.com | Jan 05 2023 23:06:00 | CHECK 'N GO, 7755 MONTGOMERY ROAD, CINCINNATI, OH 45236-4291 |
| 14971746 | | EDI: CITICORP.COM | | |

District/off: 0974-3 | User: admin | Page 2 of 3
Date Rcvd: Jan 05, 2023 | Form ID: 318 | Total Noticed: 29

| | | | | |
|---|---|---|---|---|
| | | | Jan 06 2023 04:09:00 | CITIBANK, N.A., 50 NW POINT BLVD, ELK GROVE VILLAGE, IL 60007 |
| 14971749 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2023 23:28:12 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 14971750 | | EDI: DISCOVER.COM | Jan 06 2023 04:09:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850 |
| 14971751 | | EDI: JPMORGANCHASE | Jan 06 2023 04:09:00 | JPMorgan Chase Bank, PO BOX 15298, WILMINGTON, DE 19850 |
| 14971754 | + | Email/Text: customerservice@netpayadvance.com | Jan 05 2023 23:07:00 | NET PAY ADVANCE, INC, 6820 WEST CENTRAL AVENUE, WICHITA, KS 67212-3377 |
| 14971755 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 05 2023 23:06:00 | SEZZLE, PO BOX 3320, MINNEAPOLIS, MN 55403 |
| 14971763 | + | Email/Text: accountservicing@trueaccord.com | Jan 05 2023 23:06:00 | TRUEACCORD, 16011 COLLEGE BLVD, LENEXA, KS 66219-9877 |
| 14971758 | | Email/Text: accounts.receivable@uline.com | Jan 05 2023 23:07:00 | ULINE, PO BOX 88741, CHICAGO, IL 60680-1741 |
| 14971765 | | Email/Text: bankruptcies@uplift.com | Jan 05 2023 23:06:00 | UPLIFT, INC., 440 NORTH WOLFE ROAD, SUNNYVALE, CA 94085 |
| 14971759 | + | Email/PDF: DellBKNotifications@resurgent.com | Jan 05 2023 23:27:18 | WEBBANK/DFS, 12234 N IH 35 SB, BLDG B, AUSTIN, TX 78753-1744 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | *+ | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14971741 | *+ | AFFIRM INC, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 14971742 | *+ | AFFIRM INC, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 14971745 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, PO BOX 85520, RICHMOND, VA 23285 |
| 14971748 | *+ | CBW BANK, 5301 KIETZKE LANE, RENO, NV 89511-2083 |
| 14971757 | *+ | CHECK 'N GO, 7755 MONTGOMERY ROAD, CINCINNATI, OH 45236-4291 |
| 14971752 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMORGAN CHASE BANK, PO BOX 15298, WILMINGTON , DE 19850 |
| 14971764 | *+ | TRUEACCORD, 16011 COLLEGE BLVD, LENEXA , KS 66219-9877 |
| 14971766 | *P++ | UPLIFT INC., 5301 KIETZKE LN STE 200, RENO NV 89511-2083, address filed with court:, UPLIFT, INC., 440 NORTH WOLFE ROAD, SUNNYVALE, CA 94085 |
| 14971761 | *+ | WELLS FARGO BANK, N.A., 101 EXECUTIVE CTR DR, SUITE 201, COLUMBIA , SC 29210-8411 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023 | Signature: | /s/Gustava Winters

District/off: 0974-3

Date Rcvd: Jan 05, 2023

User: admin

Form ID: 318

Page 3 of 3

Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Leslie T. Gladstone | candic@flgsd.com  christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net |

TOTAL: 1